BOARD OF EDUCATION OF UNION FREE SCHOOL DIST., NO. 1, TOWN OF RANDOLPH, Respondent, v. HENDERON, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by the board of education of Union Free School District, No. 1, town of Randolph, against William R. Henderon. From a judgment for plaintiff for the amount of a school tax (58 N. Y. Supp. 1137, mem.), defendant appealed. Affirmed.

NASH, J. The evidence is sufficient to support the verdict in favor of the plaintiff upon the question of the defendant's residence. Both parties having requested the direction of

a verdict, the defendant, as to that question, is concluded. The assessors having had jurisdiction of the person of the defendant and of his property for the purpose of taxation, their assessment cannot be attacked collaterally. His remedy was to review the assessment, by a direct proceeding for that purpose. United States Trust Co. v. City of New York, 144 N. Y. 488, 39 N. E. 383. Judgment affirmed, with costs. All concur.